# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

128930

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

IN RE PETITION BY THE WAYNE
COUNTY TREASURER FOR
FORECLOSURE OF CERTAIN LANDS
FOR UNPAID PROPERTY TAXES.
_____

WAYNE COUNTY TREASURER,
      Petitioner-Appellee,

v

ALLEN SUMMERS,
      Respondent-Appellee,

and

F.I.S.T., L.L.P.,
      Intervenor-Appellant.

_____/

SC: 128930
COA: 259111
Wayne CC: 02-220192-PZ

      On order of the Court, the application for leave to appeal the May 13, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

_____
Clerk